UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KIMBERLY M. DIXON,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No.: 3:13-cv-86

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

### ORDER ADTOPING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 9), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on September 25, 2013 (doc. 9) is **ADOPTED** in full;

2. The case is **DISMISSED** on account of *pro se* Plaintiff's failure to prosecute; and

3. The case is terminated on the docket of this Court.

Date: 10-22-13

Walter Herbert Rice
United States District Judge